UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEF MICHAEL JENSEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　Respondent. | No. 2:17-cv-1081 GEB AC P<br><br><br><br>ORDER |

Petitioner has filed his second motion for an extension of time to file objections to the July 19, 2017 findings and recommendations. Good cause appearing, the motion will be granted. The court is disinclined, extraordinary circumstances excepted, to grant any further extensions.

IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 17) is granted; and

2. Petitioner shall file his objections on or before October 3, 2017.

DATED: September 13, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE